UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENA FERGUSON,

                              Plaintiff,

                -against-

LIPPES MATHIAS LLP; ALESSANDRO A.
APOLITO,

                              Defendants.

---

26-CV-3441 (ALC)

ORDER OF SERVICE

ANDREW L. CARTER, JR., United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under the court's diversity of citizenship jurisdiction, asserting claims under state law against Defendants Lippes Mathias LLP and Alessandro A. Apolito. By order dated June 15, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Plaintiff submitted the complaint without a signature. By order dated April 28, 2026, Chief Judge Laura Taylor Swain, to whom this action was previously assigned, directed Plaintiff to cure this deficiency. (ECF 4.) Plaintiff filed a signed signature page on May 28, 2026.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

To allow Plaintiff to effect service on Defendants Lippes Mathias LLP and Alessandro A. Apolito through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue a summons for each defendant, complete the USM-285 form with the address for each defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    June 29, 2026
          New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

2

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.    Lippes Mathias LLP
      10151 Deerwood Park Blvd., Building 300/Suite 300
      Jacksonville, FL 32256

2.    Alessandro A. Apolito
      10151 Deerwood Park Blvd., Building 300/Suite 300
      Jacksonville, FL 32256